USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/20/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANDREW ZHANG,

                               Plaintiff,

        -against-

FRONTRUNNER INCORPORATED,

                             Defendants.
-----------------------------------------------------------------X

**24-CV-9353 (DEH) (KHP)**

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Settlement filed on February 19, 2025 (doc. no 9) the Initial Case Management Conference currently scheduled for **March 3, 2025 is** hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
               February 20, 2025

*[signature: Katharine H. Parker]*
_____
KATHARINE H. PARKER
United States Magistrate Judge